**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Curtis Mills

_____

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2019 FEB 15  A 10: 33

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Amazon (North America)

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Curtis Mills |
|---|---|---|
| | Street Address | 387 So. 19th St 2nd flr |
| | County, City | Essex Newark |
| | State & Zip Code | New Jersey 07103 |
| | Telephone Number | 973-735-8835 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Amazon_

Street Address _1000 Lincoln Turnpike_

County, City _Middlesex, Edison_

State & Zip Code _New Jersey_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights For Equal Opp Employment Discrimination Unfair Work Practices_

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___N/A_____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? __Edison, NJ__

B.    What date and approximate time did the events giving rise to your claim(s) occur? __2018__

What happened to you?

C.    Facts: __I was terminated like hundreds of other human being for the misconduct of my EOT rights__

Who did what?

__The Supervisor Broke my foot, The Company then took or choose sides and fires me order me to work on a Broken foot without providing Proper treatment and Superseeding a Doctors Direct order__

Was anyone else involved?

__Ian McDonald (Supervisor) / Amazon__

Who else saw what happened?

__Ian McDonald and the 2000 Cameras they have everywhere and an Employee I am Sure of.__

- 3 -

**IV.  Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Podiatris~ as well as Mental counsel for Mental cruelty_

**V.  Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_These Companies Come to America and so Do the People who Start them Some Have old monneys and most amass a fourture Here off of the Backs of the poor and needy. But always state they are of a greater need and help for the community and workforg of People who they blatantly disregard and overlook the rights of all they want is Greed! I will collectively gather all who are in favor, a monetary for mental cruelty and or discrimination For the most part let there be a severence fund to be controled by the people who were wronged in the form of a "union" They always bring growth to the Economy But NO UNION_

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of February , 20 19 .

Signature of Plaintiff _Curtis Mills_

Mailing Address _387 So. 19th St 2nd flr_
_Newark, NJ 07103_

Telephone Number _973 372-7086_

Fax Number *(if you have one)* _____

E-mail Address _Curtis milk969@gmail. com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Curtis Mills_

- 5 -